AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   8:23MJ537 |
| | ) | |
| | ) | |
| CURTIS D. PARKER | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 20, 2023__ in the county of __Thurston__ in the District of __Nebraska__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SAM ROBERTS, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date: __10-23-23__

_____
*Judge's signature*

City and state: __Omaha, Nebraska__

SUSAN M. BAZIS, U.S. Magistrate Judge
*Printed name and title*