IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>CURTIS PARKER,<br><br>                    Defendant. | 8:23MJ537<br><br>**ORDER** |

This matter is before the court on the motion of defendant Curtis Parker (Parker), to determine mental competency pursuant to 18 U.S.C. § 4241 (Filing No. 13). The government does not oppose the motion. Based on the motion to determine competency, the circumstances of this case, and the comments of counsel at the initial appearance, the court finds that the request for a mental competency examination will be granted.

**IT IS ORDERED:**

1. Defendant Parker's motion for a mental competency examination (Filing No. 13) is granted.

2. Pursuant to 18 U.S.C. § 4241, Parker is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period of time, not to exceed thirty (30) days, to determine whether Parker is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3. A psychiatric or psychological report shall be filed with the court with copies provided to counsel of record at the completion of the period of examination.

4. Upon receipt by the court and counsel of the examination report, a hearing pursuant to 18 U.S.C. § 4247(d) shall be promptly scheduled to determine the competency of Parker to stand trial in this matter.

5. The preliminary hearing set for December 3, 2023 is canceled and will be re-set, if appropriate, after the court receives Parker's evaluation and determines he is competent to proceed with the hearing.

Dated this 31st day of October, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge